UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2022 JUL 29  AM 11: 20

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| TIM KESSLER, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs<br><br>vs.<br><br>EXPRESS COLLECTIONS, INC.,<br><br>          Defendant. | Civil Action No. 22-CV-00124-NDF |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court upon the parties' *Stipulated Motion to Dismiss with Prejudice*, and the Court having reviewed the pleadings and being otherwise advised of the circumstances,

IT IS ORDERED that this matter is dismissed with prejudice, and all parties shall bear their own attorneys' fees and costs.

Dated: July 29, 2022.

NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE